UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00287-MR

| | |
|---|---|
| CHRISTOPHER MOORE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ASHEVILLE POLICE DEPT., et al., )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Christopher Moore ("Plaintiff") filed this action on October 6, 2023, pursuant to 42 U.S.C. § 1983 against Defendants Asheville Police Department and City of Asheville. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 5]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from December 21, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 6-7]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: February 5, 2024

Martin Reidinger
Chief United States District Judge