# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Christopher Moore | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:23-cv-00287-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Asheville, | ) | |
| Asheville Police Dept.**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2024 Order.

February 5, 2024

Katherine Hord Simon, Clerk
United States District Court